IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

**TYRONE VINCENT MOULTRIE,**

Appellant,

v.

STATE OF FLORIDA,

Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-3810

_____/

Opinion filed January 5, 2017.

An appeal from the Circuit Court for Escambia County.
J. Scott Duncan, Judge.

Martin W. Lester of Lester Law, Chattanooga, TN, for Appellant.

Pamela Jo Bondi, Attorney General, and Julian E Markham, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

        AFFIRMED.

ROBERTS, C.J., WINOKUR, J., and CLARK, JR., BRANTLEY S., ASSOCIATE
JUDGE, CONCUR.